| | | | |
|---|---|---|---|
| AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint  Agent: | ☐ Wayne E. Williams | Telephone: | (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Julio Adrian SANDOVAL-LOPEZ

Case No.

Case: 2:26−mj−30130
Assigned To : Unassigned
Assign. Date : 3/11/2026
Description: RE: JULIO ADRIAN SANDOVAL−LOPEZ (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2026__ in the county of __Livingston__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wayne E. Williams, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 11, 2026__

_____
*Judge's signature*

City and state: __Detroit, MI__    Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Julio Adrian SANDOVAL-LOPEZ, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Julio Adrian SANDOVAL-LOPEZ.

4. Julio Adrian SANDOVAL-LOPEZ is a thirty-two-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about February 27, 2020, SANDOVAL-LOPEZ was arrested by United States Border Patrol Agents near Sasabe, Arizona. He was processed as an expedited removal. He was ordered removed from the United States on February 28, 2020.

6. On or about February 29, 2020, SANDOVAL-LOPEZ was removed from the United States through Nogales, Arizona.

7. On or about December 22, 2022, SANDOVAL-LOPEZ was arrested by United States Border Patrol Agents and was granted a voluntary return.

8. On or about December 26, 2022, SANDOVAL-LOPEZ was arrested by United States Border Patrol Agents and was granted a voluntary return.

9. On or about December 31, 2022, SANDOVAL-LOPEZ was arrested by United States Border Patrol Agents and was granted a voluntary return.

10. On or about March 5, 2026, SANDOVAL-LOPEZ was arrested by United States Border Patrol Agents near Livingston County, Michigan after a call for assistance from Livingston County Sheriff's office. SANDOVAL-LOPEZ was processed as a reinstatement of deport order.

11. Julio Adrian SANDOVAL-LOPEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that SANDOVAL-LOPEZ is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that SANDOVAL-LOPEZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 220) for Julio Adrian SANDOVAL-LOPEZ and queries in Department of Homeland Security databases confirm no record exists of SANDOVAL-LOPEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on February 29, 2020.

14. Based on the above information, I believe there is probable cause to conclude that Julio Adrian SANDOVAL-LOPEZ is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of

Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Complainant's signature

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

March 11, 2026